EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| Aprobación de Baja Voluntaria de enero a marzo de 2013 | 2013 TSPR 49<br><br>188 DPR ____ |

Número del Caso: EM-2013-03

Fecha: 16 de abril de 2013

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

Aprobación de
Baja Voluntaria de
enero a marzo de 2013          EM-2013-3

RESOLUCIÓN

San Juan, Puerto Rico, a  16 de abril de 2013.

Durante el periodo de enero a marzo de 2013, este Tribunal autorizó la Baja Voluntaria de los siguientes abogados(as):

**enero**

Fabián Pabellón Ramos                    2010

**febrero**

Emily Dixon de Ruiz                      1643
Lilia E. Oquendo Maldonado               1975
Joseph T. Wynne                          2245
Nadya Abreu Sarkis                       8132

**marzo**

Carlos J. Irizarry Yunqué                1426
Ángel R. Padilla Cáceres                 6534

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.



Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo